UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTOPHER G. ZINS,

Plaintiff,

v.

SOUTHERN MINNESOTA SUGAR BEET COOPERATIVE,

Defendant.

CIVIL NO. 00-1550 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: June 29, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JUN 29 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

3

Zins v. Southern MN Sugar Beet Civil 00-1550 DSD/ABJ

Magistrate Judge Boylan is now the Magistrate on the case.