UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Case File No. 00-1550 DSD/AJB

Christopher G. Zins,

Plaintiff,

v.

Southern Minnesota Beet Sugar Co-op,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed that the above-captioned matter may be dismissed with prejudice and without attorneys' fees or costs to any party.

Dated: December 26, 2000

By [signature]
Van Holston (#159244)
5200 West 73rd Street
Edina, Minnesota 55439
Telephone: (952)897-6504

Attorney for Plaintiff

Dated: December 20, 2000

DORSEY & WHITNEY LLP

By [signature]
David J. Lauth (#14552X)
Julie Meany (#256213)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant

FILED 1-2-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 1-2-01
DEPUTY CLERK

BASED UPON THE FOREGOING STIPULATION, it is hereby ordered that Plaintiff's Complaint is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly.

Dated: 1/2/01

BY THE COURT

The Honorable David S. Doty
Judge of United States District Court